

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-13-00608-CV

**SMITH-REAGAN & ASSOCIATES, INC.** d/b/a Smith-Reagan Insurance Agency,
Appellant

v.

**FORT RINGGOLD LIMITED,** Pete Diaz III, Aaron Diaz and Monica Aguillon,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-02-343
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before May 5, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court